IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter 13 | |
| | ) | | |
| Miracle Roach | ) | Case No. 17-23868 | |
| | ) | | |
| Debtor(s). | ) | Honorable Jacqueline P. Cox | |

## NOTICE OF MOTION

TO:   Patrick S Layng, U.S. Trustee *Via Electronic Filing*

The Honorable Judge Donald R Cassling *Via Electronic Filing*

Tom Vaughn, Chapter 13 Trustee *Via Electronic Filing*

Miracle Roach, 2731 West Congress Pkwy #3 Chicago, IL 60612 *Via US Mail*

Additional Creditors, *see attached service list*

PLEASE TAKE NOTICE that on July 15, 2018 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604, and present the attached **Motion to Vacate Payroll Control Order**, and shall request that the attached Order be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before July 5, 2019.

/s/ *David H. Cutler*
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | ) | Chapter 13 |
|---|---|---|
|  | ) |  |
| Miracle Roach | ) | Case No. 17-23868 |
|  | ) |  |
| Debtor(s). | ) | Honorable Jacqueline P. Cox |

## MOTION TO VACATE PAYROLL CONTROL ORDER

NOW COMES the Debtor, Miracle Roach, by and through her attorneys, Cutler and Associates, Ltd., and moves this court to vacate Payroll Control Order entered on August 15, 2017 [doc. 13], and in support thereof state as follows:

1. On August 10, 2017 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Debtor's Plan was confirmed on October 2, 2017.

3. Debtor wishes to pay the trustee payments directly online as it will allow her to better manage her finances.

WHEREFORE Debtor, Miracle Roach, prays that this honorable court enter an order vacating the Payroll Control Order dated August 15, 2017 [doc. 13].

By: /s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600